**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Antoine Nguyen | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11136 |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 02/26/2020 & 03/13/2020, this case is hereby DISMISSED.

Date:  4/6/20

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
    Attorney Disclosure Statement
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income
    and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106